MAY HOUSE, BY HER NEXT FRIEND, W. A. HOUSE, *Appellants*, v. FRANK MCGUIRE, *Appellee*.

Opinion filed May 6, 1918.

Appeal from Circuit Court for Hillsborough County, F. M. Robles, Judge.

*G. B. Wells*, for Appellant;

*N. V. Hawthorn*, for Appellee.

PER CURIAM—The bill of complaint herein being for the establishment and enforcement of property rights involving trust relations, and a demurrer thereto having erroneously been sustained on the ground of laches, and the bill dismissed, such orders and decree are reversed.

All concur.